TORRUELLA, Circuit Judge,
Dissenting.
I disagree that the issue of the challenge to Diaz’s conviction under the MDLEA has been waived. As I stated in United States v. Cardales-Luna, 632 F.3d 731, 738-51 (1st Cir.2011) (Torruella, J., dissenting), and United States v. Gonzalez, 311 F.3d 440, 444-450 (1st Cir.2002) '(Torruella, J., concurring), this is a constitutional challenge to the government’s authority under the MDLEA, which implicates the subject matter jurisdiction of this Court, and, as a result, this issue can be raised by Diaz at any point in the proceeding. His right to assert this argument is not waived by entering an unconditional guilty plea. See Cardales-Luna, 632 F.3d at 751; González, 311 F.3d at 444. I respectfully dissent for all of the reasons stated in those cases.